**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 20-24225-CIV-GRAHAM/MCALILEY

ATANASILDO A. VIERA,
and other similarly situated
individuals,

    Plaintiffs,
vs.

TTOTTAL BUSINESS LLC
d/b/a MARGHERITA PIZZA BEER & WINE,
DANIEL CADOSCH DELMAR
and URI DALY, individually,

    Defendants.
_____/

## ORDER OF REFERENCE OF MOTIONS

PURSUANT to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the following motions in the above-captioned cause are hereby referred to United States Magistrate Judge **McAliley** to take all necessary and proper action as required by law:

1. Motions for Costs;

2. Motions for Attorney's Fees; and

3. Motions for Sanctions.

**DONE AND ORDERED** at Miami, Florida, this 29th day of March, 2021.

                                              _____
                                              DONALD L. GRAHAM
                                              UNITED STATES DISTRICT JUDGE

cc:  U.S. Magistrate Judge McAliley
     All Counsel of Record