UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-24225-CIV-GRAHAM/McALILEY

ATANASILDO A. VIERA,

      Plaintiff,
v.

TTOTTAL BUSINESS LLC d/b/a
MARGHERITA PIZZA BEER & WINE,
DANIEL CADOSCH DELMAR and
URI DALY, individually
      Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on the Parties' Joint Motion to Approve FLSA Settlement and for Dismissal with Prejudice [ECF No. 36].

**THE COURT** has considered the Settlement Agreement, and the pertinent portions of the record, and is otherwise fully advised in the premises. For the following reasons the Parties' settlement agreement is approved.

This case involves claims for unpaid overtime compensation under the Fair Labor Standards Act, 29 U.S.C. §201, et seq ("FLSA"). In reviewing a settlement of an FLSA private claim, a court must "scrutiniz[e] the settlement for fairness," and determine that the settlement is a "fair and reasonable resolution of a bona fide dispute over FLSA provisions." Lynn Food Stores v. United States, 679 F.2d 1350, 1352-53 (11th Cir. 1982). A settlement entered into in an adversarial context where both sides are represented by counsel throughout litigation "is more likely to reflect a reasonable compromise of disputed issues." Id. The district court may approve the settlement in order to promote the policy of encouraging settlements of litigation. Id. at 1354.

In this case, there is a bona fide dispute over FLSA provisions, as evidenced by the claims alleged in the Complaint. The Court finds that the compromise reached by the parties under the Settlement Agreement [ECF No. 36-1] is a fair and reasonable resolution of the parties' bona fide disputes. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Parties' Joint Motion to Approve FLSA Settlement and for Dismissal with Prejudice [ECF No. 36] is **GRANTED.** It is further

**ORDERED AND ADJUDGED** that the Settlement Agreement [ECF No. 36-1] is **APPROVED**. It is further

**ORDERED AND ADJUDGED** that this action is **DISMISSED** with prejudice. It is further

**ORDERED AND ADJUDGED** that the Court retains jurisdiction over enforcement of the Settlement Agreement for a period of thirty (30) days.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of August, 2021.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE